# United States Court of Appeals for the Federal Circuit

---

March 14, 2023

**ERRATA**

---

Appeal No. 2022-1249

**APPLE INC., CISCO SYSTEMS, INC., GOOGLE LLC, INTEL CORPORATION, EDWARDS LIFESCIENCES CORPORATION, EDWARDS LIFESCIENCES LLC,**
*Plaintiffs-Appellants*

**v.**

**KATHERINE K. VIDAL, UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE,**
*Defendant-Appellee*

---

Decided: March 13, 2023
Precedential Opinion

---

Please make the following changes:

On page 15, lines 22 and 24, ) is added after -- ”) --

On page 19, line 22, ) is removed from -- .”) --

On page 19, line 23, ) is added after -- quote) --